**BELLAVIA BLATT & CROSSETT, P.C., Plaintiff-Appellant,**

v.

**KEL & PARTNERS LLC and Kel Kelly, Defendants-Appellees.**

**16-236-cv**

United States Court of Appeals, Second Circuit.

November 29, 2016

FOR PLAINTIFF-APPELLANT: Leonard A. Bellavia, Steven H. Blatt, and Mark Gaffney, Bellavia Blatt & Crossett, P.C., Mineola, NY.

FOR DEFENDANTS-APPELLEES: Michael Tremonte, Noam Biale, and Michael Gibaldi, Sher Tremonte LLP, New York, NY.

PRESENT: José A. Cabranes, Rosemary S. Pooler, Circuit Judges, John G. Koeltl, District Judge.*

**SUMMARY ORDER**

Bellavia Blatt & Crossett, P.C. appeals from a judgment entered on December 28, 2015 resulting from the District Court's grant of summary judgment in favor of Kel & Partners LLC and Kel Kelly on December 16, 2015. We have reviewed all of the arguments raised by Bellavia Blatt on appeal and find them to be without merit. Accordingly, we **AFFIRM** the December 28, 2015 judgment of the District Court for substantially the reasons stated by the District Court in its well-reasoned Memorandum and Order filed December 16, 2015.

---

* The Honorable John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.